# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:07CR9

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **CHARLES STEVEN LAMBERT.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Janna D. Allison's Motion to Withdraw. Having considered Janna D. Allison's Motion to Withdraw and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought and that defendant is now represented by retained counsel, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Janna D. Allison's Motion to Withdraw is **GRANTED,** and Janna D. Allison is relieved from further representation of defendant in this matter.

Signed: March 31, 2008

Dennis L. Howell
United States Magistrate Judge