# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Bryson City Division

UNITED STATES OF AMERICA

    V.

Charles Steven Lambert

JUDGMENT OF ACQUITTAL

CASE NUMBER: 2:08cr9

       The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: June 20, 2008

Lacy H. Thornburg
United States District Judge